Bridge Funding Cap LLC v SimonExpress Pizza, LLC (2025 NY Slip Op 04305)

Bridge Funding Cap LLC v SimonExpress Pizza, LLC

2025 NY Slip Op 04305

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, NOWAK, AND DELCONTE, JJ.

293 CA 24-00974

[*1]BRIDGE FUNDING CAP LLC, PLAINTIFF-RESPONDENT,
v
SIMONEXPRESS PIZZA, LLC, DOING BUSINESS AS HUNGRY HOWIES, D19 BUILDING, LLC, D19 LIQUOR, INC., THE SIMON CORPORATION, INC., THE SIMONS ENTERPRISE, INC., SIMON & SONS ENTERPRISES, INC., SIMON STORES CORPORATION, SIMON LAND DEVELOPMENT GROUP, LLC, F & Z HOLDINGS, LLC, SE CORPORATION OF MICHIGAN, SIMON HOLDING, LLC, AND FAWZI R. SIMON, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

AMOS WEINBERG, GREAT NECK, FOR DEFENDANTS-APPELLANTS.
BERKOVITCH & BOUSKILA PLLC, POMONA (DANIELA PALGI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered May 20, 2024. The judgment awarded plaintiff $229,780, plus costs, disbursements and interest. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Eric D . [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court